IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SUBPOENA:<br><br>SPARTANBURG REGIONAL HEALTHCARE SYSTEM, on behalf of itself and others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>HILLENBRAND INDUSTRIES, INC., HILL-ROM, INC., and HILL-ROM COMPANY, INC.,<br><br>  Defendants. | Civil Action No. _____<br>05-mc-10234 RBC |

## NON-PARTY BAIN & COMPANY'S
## MOTION TO MODIFY THIRD-PARTY SUBPOENA

Pursuant to Fed. R. Civ. P. 45(c)(3)(A), Bain & Company ("Bain"), hereby moves for an order modifying the scope of the subpoena duces tecum (the "Subpoena") issued by this Court and served by the Plaintiff in an action pending in the U.S. District Court for the District of South Carolina and captioned, *Spartanburg Regional Healthcare System, on behalf of itself and others similarly situated, v. Hillenbrand Industries, Inc., Hill-Rom, Inc., and Hill-Rom Company, Inc.*, Civil Action No. 7:03-2141-26. Bain seeks an order limiting the Subpoena to requests for documents related to the subject matter of the underlying litigation, and relieving Bain from any further demands for production by the Plaintiff. In support of this Motion, and as discussed fully in the accompanying Memorandum of Law, Bain states as follows:

1.  On March 28, 2005, Spartanburg served Bain with a third-party subpoena, relating to Bain's client Hillenbrand Industries, Inc., a party to the above-captioned litigation. The subpoena sought "[a]ll documents relating to Hill-Rom…" from 1985 to the present.

2. A review of the underlying Complaint revealed that the underlying litigation is an antitrust action brought by Spartanburg, alleging antitrust violations surrounding the manufacturing and sales of hospital beds and specialty beds. The Subpoena, which sought twenty years of documents regardless of subject matter, was not limited or tailored to the subject matter of the litigation.

3. Bain timely objected to the Subpoena, but produced all documents related to "Hospital Beds, Specialty Beds, and/or Architectural Products" -- products specified throughout the Subpoena and limited to the subject matter of the underlying litigation. Bain has since supplemented its production and re-produced certain documents in electronic format at Plaintiff's request.

4. Since Bain's several productions, Spartanburg has issued repeated demands for assurance that all documents were searched, demanded production of documents that do not exist, and issued continued and increasing demands for production of documents wholly unrelated to the underlying litigation.

5. Most recently, on August 30, 2005 -- more than five months after serving the Subpoena -- Spartanburg demanded production of several categories of documents, several of which it raised for the first time.

6. Plaintiff's continued demands for production of documents unrelated to the litigation has placed, and continue to place, an unreasonable burden on non-party Bain.

WHEREFORE, Bain seeks an order limiting the Subpoena to requests for documents related to Hospital Beds, Specialty Beds, and/or Architectural Products, and relieving Bain from any further demands for production by the Plaintiff.

## REQUEST FOR ORAL ARGUMENT

Bain hereby requests oral argument on the subject motion.

## COMPLIANCE WITH LOCAL RULE 7.1

On August 30, 2005 and August 31, 2005, by telephone, Amanda J. Metts, counsel for Bain, conferred with Shari Esfahani, counsel for Spartanburg, in a good faith effort to narrow the issues presented herein. Counsel were unable to resolve or narrow the issues.

Respectfully Submitted,

BAIN & COMPANY

By its attorneys,

Amanda J. Metts (BBO# 639850)
McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606
(312) 984-7748

Neal E. Minahan (BBO# 661371)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109
617.535.4481

## CERTIFICATE OF SERVICE

I, Neal E. Minahan, certify that on August 31, 2005, I caused a true copy of this document is to be served via Federal Express as follows:

Shari Fleishman Esfahani, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

                                                                    Neal E. Minahan

BST99 1471320-1.054168.0065