IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE SUBPOENA:<br><br>SPARTANBURG REGIONAL HEALTHCARE SYSTEM, on behalf of itself and others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>HILLENBRAND INDUSTRIES, INC.,<br>HILL-ROM, INC., and<br>HILL-ROM COMPANY, INC.,<br><br>       Defendants. | Civil Action No.<br>1:05-mc-10324-RWZ |

## BAIN & COMPANY'S MOTION TO QUASH OR MODIFY THIRD-PARTY SUBPOENAS

Pursuant to Fed. R. Civ. P. 45(c)(3)(A), Bain & Company ("Bain") hereby moves for an order to quash or, in the alternative, to modify the scope of three subpoenas issued by this Court and served by the Plaintiff in an action pending in the U.S. District Court for the District of South Carolina and captioned, *Spartanburg Regional Healthcare System, on behalf of itself and others similarly situated, v. Hillenbrand Industries, Inc., Hill-Rom, Inc., and Hill-Rom Company, Inc.*, Civil Action No. 7:03-2141-26 (the "Subpoenas"). Bain seeks an order limiting the scope of a 30(b)(6) deposition subpoena to non-party Bain, quashing two third-party subpoenas of Bain's employee, and awarding Bain its reasonable costs and attorney's fees. In support of this Motion, and as discussed fully in the accompanying Memorandum of Law, Bain states as follows:

1.      On the very day that Bain sought this Court's protection in connection with a Document Subpoena issued by Plaintiff in connection with the above-captioned matter, Plaintiff

served Bain with three additional subpoenas: (1) a Subpoena for Production of Documents and for Testimony Pursuant to Fed. R. Civ. P. 30(b)(6) (the "30(b)(6) Subpoena"); and (2) two Subpoenas for Production of Documents and Testimony from Bain employee Darrell K. Rigby (the "Rigby Subpoenas").

2.  Plaintiff issued the additional subpoenas despite full awareness of Bain's objections to Plaintiff's overbroad requests contained in its previous subpoena for documents, and without seeking or waiting for resolution on the outstanding issues.

3.  The 30(b)(6) Subpoena seeks twenty categories of testimony and documents far beyond the subject matter of the litigation -- alleging antitrust violations by Bain's client, Hillenbrand, surrounding the manufacturing and sale of hospital beds and specialty beds -- and even beyond Bain's work for Hillenbrand in general.

4.  The two Rigby Subpoenas are entirely duplicative of the 30(b)(6) Subpoena, because any testimony offered on behalf of Bain will necessarily include testimony including any work by Mr. Rigby. Moreover, the Rigby Subpoenas again request the exact categories of documents already subpoenaed and objected to pursuant to the Document Subpoena.

5.  Compliance with the overly broad and duplicative subpoenas would impose additional and serious burden on nonparty Bain, which has already incurred substantial costs in connection with the four subpoenas Spartanburg has issued in this matter, including: (i) time spent gathering and reviewing a decade's worth of documents, (ii) the cost of entertaining and responding to the repeated and often unjustified requests of Spartanburg, and (iii) the necessity of ultimately resolving the attendant issues in this Court.

WHEREFORE, Bain seeks an order quashing, or in the alternative, limiting the three most recent Spartanburg Subpoenas, relieving Bain from any further demands for production by the Plaintiff, and awarding Bain fees and costs incurred in connection with the Spartanburg Subpoenas.

### REQUEST FOR ORAL ARGUMENT

Bain hereby requests oral argument on the subject motion.

### COMPLIANCE WITH LOCAL RULE 7.1

On September 12, 2005, by telephone, Amanda J. Metts, counsel for Bain, conferred with Shari Esfahani, counsel for Spartanburg, in a good faith effort to narrow the issues presented herein. Counsel were unable to resolve or narrow the issues.

Respectfully Submitted,

BAIN & COMPANY

By its attorneys,

___/s/ Neal E. Minahan___
Amanda J. Metts (BBO# 639850)
McDermott Will & Emery LLP
227 W. Monroe
Chicago, IL 60606
(312) 984-7748

Neal E. Minahan (BBO# 661371)
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109
617.535.4481

Dated: September 13, 2005

- 4 -

## CERTIFICATE OF SERVICE

      I, Neal E. Minahan, certify that on September 13, 2005, I caused a true copy of this document is to be served via Federal Express as follows:

Shari Fleishman Esfahani, Esq.
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564

                                          /s/ Neal E. Minahan
                                          Neal E. Minahan

BST99 1472517-2 054168 0065