## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SUBPOENA: | ) |
| | ) |
| Spartanburg Regional Healthcare System, | ) |
| on behalf of itself and others similarly | ) |
| situated, | ) |
|       Plaintiff, | ) |
| | ) |
|       vs. | ) |
| | ) |
| Hillenbrand Industries, Inc., Hill-Rom, Inc. | ) |
| and Hill-Rom Company, Inc., | ) |
| | ) |
|       Defendants | ) |

Misc. Case No. 1:05-mc-10324-RWZ
(Original Action Pending in the
District of South Carolina,
Case No. 7:03-2141-26)

## CONSENT MOTION TO ADMIT SHARI F. ESFAHANI *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Aaron W. Moore, a member in good standing of the

bar of this Court, hereby move for the admission of Shari F. Esfahani *Pro Hac Vice* on behalf of

Spartanburg Regional Healthcare System.

A sworn statement by Mrs. Esfahani is attached as Exhibit A in which she states that (a)

she is in good standing in every jurisdiction in which she is admitted to practice, (b) no

disciplinary complaints or proceedings are pending against her as a member of the bar in any

jurisdiction, and (c) she is familiar with the local rules of this Court.

A Certificate of Good Standing for Mrs. Esfahani from the United States District Court

for the District of Columbia is attached as Exhibit B.

I have today entered my own appearance in this case.

Counsel for Bain & Company has consented to this motion.

RECEIPT # 66762
AMOUNT $ 50.00
BY CLK mok
9/12/05

Wherefore, I respectfully request that this Court allow this Motion in its entirety.

Respectfully submitted,

Dated: September 9, 2005

Aaron W. Moore (BBO #638076)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Eleventh Floor
Cambridge, MA 02142
(617) 395-7000 (phone)
(617) 395-7070 (fax)

Attorneys for

SPARTANBURG REGIONAL HEALTH
CARE SYSTEM

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel for Spartenburg has conferred with opposing counsel and that opposing counsel has assented to this motion.

Dated: September 9, 2005

Aaron W. Moore

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SUBPOENA: | ) |
| | ) |
| Spartanburg Regional Healthcare System, | ) |
| on behalf of itself and others similarly | ) |
| situated, | ) Misc. Case No. 1:05-mc-10324-RWZ |
| Plaintiff, | ) (Original Action Pending in the |
| | ) District of South Carolina, |
| vs. | ) Case No. 7:03-2141-26) |
| | ) |
| Hillenbrand Industries, Inc., Hill-Rom, Inc. | ) |
| and Hill-Rom Company, Inc., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF SHARI FLEISHMAN ESFAHANI

I, Shari Fleishman Esfahani, hereby declare that:

1.      I am a partner of the law firm of Akin Gump Strauss Hauer & Feld LLP, 1333

New Hampshire Avenue, N.W., Washington, DC 20036-1564.

2.      I am admitted to practice in the highest courts of Maryland and the District of

Columbia, the U.S. Courts of Appeals for the Fourth Circuit and Federal Circuit, the U.S.

District Courts for the District of Maryland, the District of Columbia, the Western District of

Michigan, and the U.S. Court of Federal Claims.

3.      I am in good standing in every jurisdiction in which I am admitted to practice.

4.      There are no disciplinary proceedings pending against me as a member of the bar

in any jurisdiction.

5.      I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 8th day of

September, 2005.

_Shari Fleishman Esfahani_
Shari Fleishman Esfahani

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

## SHARI   L.   F.   K.   ESFAHANI

was, on the ___6th___ day of ___October___ A.D. _1997_ admitted to practice as an Attorney

at Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this ___31st___ day of ___August___, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____

**Deputy Clerk**