IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SUBPOENA: ) <br> ) <br> Spartanburg Regional Healthcare System, ) <br> on behalf of itself and others similarly ) <br> situated, ) <br>               Plaintiff, ) <br> ) <br>        vs. ) <br> ) <br> Hillenbrand Industries, Inc., Hill-Rom, Inc. ) <br> and Hill-Rom Company, Inc., ) <br> ) <br>               Defendants ) | Misc. Case No. 1:05-mc-10324-RWZ <br> (Original Action Pending in the <br> District of South Carolina, <br> Case No. 7:03-2141-26) |

### CONSENT MOTION TO ADMIT TODD M. STENERSON *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), I, Aaron W. Moore, a member in good standing of the bar of this Court, hereby move for the admission of Todd M. Stenerson *Pro Hac Vice* on behalf of Spartanburg Regional Healthcare System ("Spartanburg").

A sworn statement by Mr. Stenerson is attached as Exhibit A in which he states that (a) he is in good standing in every jurisdiction in which he is admitted to practice, (b) no disciplinary complaints or proceedings are pending against him as a member of the bar in any jurisdiction, and (c) he is familiar with the Local Rules of this Court.

A Certificate of Good Standing for Mr. Stenerson from the United States District Court for the District of Columbia is attached as Exhibit B.

I have today entered my own appearance in this case.

Counsel for Bain & Company has consented to this motion.

RPT # 66763
AMOUNT $ 50.00
PTY CLK MOK
7/12/05

Wherefore, I respectfully request that this Court allow this Motion in its entirety.

Respectfully submitted,

Dated: September 9, 2005

*[signature]*

Aaron W. Moore, BBO No. 638,076
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel : 617-395-7000
Fax: 617-395-7070

Attorneys for

SPARTANBURG REGIONAL HEALTH CARE SYSTEM

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Spartenburg has conferred with opposing counsel and that opposing counsel has assented to this motion.

*[signature]*

Dated: September 9, 2005

Aaron W. Moore

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SUBPOENA:                                )<br>                                                            )<br>Spartanburg Regional Healthcare System, )<br>on behalf of itself and others similarly       )<br>situated,                                              )<br>                       Plaintiff,                     )<br>                                                            )<br>            vs.                                           )<br>                                                            )<br>Hillenbrand Industries, Inc., Hill-Rom, Inc. )<br>and Hill-Rom Company, Inc.,                  )<br>                                                            )<br>                       Defendants                  ) | Misc. Case No. 1:05-mc-10324-RWZ<br>(Original Action Pending in the<br>District of South Carolina,<br>Case No. 7:03-2141-26) |

## **DECLARATION OF TODD M. STENERSON**

I, Todd M. Stenerson, hereby declare that:

1. I am a partner of the law firm of Akin Gump Strauss Hauer & Feld LLP, 1333 New Hampshire Avenue, N.W., Washington, DC 20036-1564.

2. I am admitted to practice in the highest courts of Michigan, Illinois, and the District of Columbia, in the U.S. Supreme Court, in the U.S. Courts of Appeals for the Second, Fourth, and Sixth Circuits, and in the U.S. District Courts for the District of Maryland, the District of Columbia, the Western District of Michigan, the Eastern District of Michigan, the Northern District of Indiana, and the Northern District of Texas.

3. I am in good standing in every jurisdiction in which I am admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY this 8TH day of September, 2005.

_____
Todd M. Stenerson

# United States District Court for the District of Columbia

## CLERK'S OFFICE

333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## TODD  STENERSON

was, on the __10th__ day of __July__ A.D. __2000__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __31st__ day of __August__, A.D. 2005.

**NANCY M. MAYER-WHITTINGTON**, CLERK

By: _____
Deputy Clerk