IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SUBPOENA: ) <br> ) <br> Spartanburg Regional Healthcare System, ) <br> on behalf of itself and others similarly ) <br> situated, ) <br>         Plaintiff, ) <br> ) <br>         vs. ) <br> ) <br> Hillenbrand Industries, Inc., Hill-Rom, Inc. ) <br> and Hill-Rom Company, Inc., ) <br> ) <br>         Defendants ) | Misc. Case No. 1:05-mc-10324-RWZ <br> (Original Action Pending in the <br> District of South Carolina, <br> Case No. 7:03-2141-26) |

## NOTICE OF APPEARANCE OF MATTHEW B. LOWRIE

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of Spartanburg Regional Healthcare System in the above-identified action.

Respectfully submitted,

Dated: September 9, 2005

/s/ Matthew B. Lowrie

Matthew B. Lowrie (BBO #563414)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070