IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE SUBPOENA: | ) |
| | ) |
| Spartanburg Regional Healthcare System, on behalf of itself and others similarly situated, | ) ) ) |
| Plaintiff, | ) Misc. Case No. 1:05-mc-10324-RWZ ) (Original Action Pending in the ) District of South Carolina, |
| vs. | ) Case No. 7:03-2141-26) ) |
| Hillenbrand Industries, Inc., Hill-Rom, Inc. and Hill-Rom Company, Inc., | ) ) ) |
| Defendants | ) |

### NOTICE OF APPEARANCE OF AARON W. MOORE

Pursuant to Local Rule 83.5.2, please enter my appearance on behalf of Spartanburg Regional Healthcare System in the above-identified action.

Dated: September 9, 2005

Respectfully submitted,

/s/ Aaron W. Moore
Aaron W. Moore (BBO #638076)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street - 11th Floor
Cambridge, MA 02142
Tel: 617-395-7000
Fax: 617-395-7070