IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 SEP 27 P 4:

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| IN RE SUBPOENA: ) | |
| ) | |
| Spartanburg Regional Healthcare System, ) | |
| on behalf of itself and others similarly ) | |
| situated, ) | Misc. Case No. 1:05-mc-10324-RWZ |
| Plaintiff, ) | (Original Action Pending in the |
| ) | District of South Carolina, |
| vs. ) | Case No. 7:03-2141-26) |
| ) | |
| Hillenbrand Industries, Inc., Hill-Rom, Inc. ) | |
| and Hill-Rom Company, Inc., ) | |
| ) | |
| Defendants ) | |

**CONSENT MOTION PURSUANT TO**
**LOCAL RULE 7.2 TO FILE MOTION UNDER SEAL**

Plaintiff Spartanburg Regional Healthcare System ("Spartanburg") requests that Spartanburg be allowed, pursuant to Local Rule 7.2, to file a memorandum entitled, "Memorandum in Opposition to Bain & Company's Motion to Quash or Modify Third-Party Subpoenas" (the "Memorandum"), exhibits, and related papers with this Court under seal. T: papers are submitted herewith in a sealed envelope.

The Memorandum and related exhibits contain highly confidential information releva to an antitrust litigation pending in the United District Court for the District of South Carolin That case is captioned *Spartanburg Regional Healthcare System, on Behalf of Itself and Oth Similarly Situated v. Hillenbrand Industries, Inc., Hill-Rom, Inc., and Hill-Rom Company, Ir* Civil Action No. 7:03-2141-26 (the "South Carolina Litigation").

Counsel for Bain & Company has consented to this motion.

A protective order for the South Carolina litigation was entered by United States Magistrate Judge Hendricks on August 9, 2004, and First Amendment to the Confidentiality

Order was filed on January 27, 2005 ("Protective Order and First Amendment" attached as Exhibit A.). Paragraph 7 of this Protective Order allows the parties to file confidential material under seal. Therefore, Spartanburg merely requests to file under seal with this Court its Memorandum and related papers pursuant to the Protective Order for the South Carolina litigation.

Spartanburg further requests that any impounding order entered by this Court be lifted December 30, 2005. This date will allow enough time for this Court to enforce any of its orders relevant to the underlying South Carolina litigation. Spartanburg's local counsel, Lowrie, Lando & Anastasi, LLP, will take custody of the documents at the end of the impoundment period.

Therefore, Spartanburg respectfully requests this Court allow Spartanburg to file a memorandum entitled Memorandum in Opposition to Bain & Company's Motion to Quash or Modify Third-Party Subpoenas," exhibits, and any related papers under seal.

Respectfully Submitted,

Spartanburg Regional Healthcare System,
on behalf of itself and others similarly
situated,

By their attorneys,

Dated: September 27, 2005    By: _____
Matthew B. Lowrie (BBO #563414)
Aaron Moore (BBO #638076)
Lowrie, Lando & Anastasi, LLP
Riverfront Office Park
One Main Street
Eleventh Floor
Cambridge, MA 02142
(617) 395-7000 (phone)
(617) 395-7070 (fax)

<u>Of Counsel</u>:

Todd M. Stenerson
Shari Fleishman Esfahani
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave NW
Washington, D.C. 20036
(202) 887-4000 (phone)
(202) 887-4288